UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-610-MWF(AJWx)**                                             Dated: **February 22, 2017**

Title:     Scottsdale Insurance Company -*v*- Grant and Weber, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                        None Present
    Relief Courtroom Deputy                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                        None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

    In light of the Mediation Report filed February 17, 2017, indicating the case has completely settled, the Court sets a hearing on Order To Show Cause Re Dismissal for **March 27, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED**.

MINUTES FORM 90                                        Initials of Deputy Clerk   cw
CIVIL - GEN